1  Sean T. Cahill, Esq. (SBN 147116)
   Todd C. Samuels, Esq. (SBN 236854)
2  CAHILL & ASSOCIATES
   624 Broadway, Suite 501
3  San Diego, California 92101
   (619) 419-0152 / Fax (619) 234-4400
4  sean.cahill@cahilllawcorp.com
   todd.samuels@cahilllawcorp.com

5  Attorneys for Plaintiffs
   **ISAIAH HARRIS, MARIA HARRIS, and**
6  **MICHAEL HARRIS**

7

8              **UNITED STATES DISTRICT COURT FOR**

9              **THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  ISAIAH HARRIS, a minor, by and through       CASE NO.:   **'11 CV0272 BTM WMc**
    his guardian ad litem, MARIA CARMEN
12  HARRIS; MARIA CARMEN HARRIS, an       **COMPLAINT FOR:**
    individual; MICHAEL JEROME HARRIS,
13  JR., an individual,                           (1) Negligence;
                                                  (2) Negligent Infliction of Emotional Distress
14              Plaintiff,                             (Bystander)

15          v.

16  WALT DISNEY PARKS AND RESORTS       **DEMAND FOR JURY TRIAL**
    U.S., INC., a Florida corporation; and
17  DOES 1 through 50, inclusive,

18              Defendants.

19

20          Plaintiffs ISAIAH HARRIS, a minor, by and through his guardian ad litem, MARIA

21  CARMEN HARRIS, MARIA CARMEN HARRIS, and MICHAEL JEROME HARRIS, JR.

22  ("Plaintiffs"), hereby demand a jury trial and against each of the Defendants alleges as

23  follows:

24                          **PRELIMINARY ALLEGATIONS**

25                                  **Parties**

26          1.      Plaintiff ISAIAH HARRIS is now, and at all times mentioned herein was, a

27  minor residing in the County of San Diego, State of California. Plaintiff ISAIAH HARRIS is

28

                                      1

1   represented in this matter through his guardian ad litem and mother, MARIA CARMEN

2   HARRIS.

3       2.      Plaintiff MARIA CARMEN HARRIS is now, and at all times mentioned

4   herein was, an individual residing in the County of San Diego, State of California.

5       3.      Plaintiff MICHAEL JEROME HARRIS, JR. is now, and at all times mentioned

6   herein is, an individual residing in the County of San Diego, State of California.

7       4.      Plaintiffs are informed, believe, and on that basis allege, that Defendant WALT

8   DISNEY PARKS AND RESORTS U.S., INC. ("Walt Disney") is, and at all times mentioned

9   herein was, a Florida corporation with its principal place of business in Lake Buena Vista,

10  Orange County, Florida.

11      5.      The true names or capacities, whether individual, corporate, associate or

12  otherwise, of defendants named and sued as DOES 1 through 50, inclusive, are unknown to

13  Plaintiffs. Plaintiffs are informed, believe, and on that basis allege, that each of these

14  fictitiously named defendants is in some way liable to Plaintiffs on the causes of action stated

15  below.  Pursuant to the California Code of Civil Procedure, §474, Plaintiffs will ask leave to

16  amend this complaint when the true names of these fictitiously named defendants can be

17  ascertained.

18      6.      Plaintiffs are informed, believe, and on that basis allege, that at all times herein

19  mentioned, each of the defendants sued herein was the agent and employee of each of the

20  remaining defendants and was at all times acting within the purpose and scope of such agency

21  and employment.

22                          **Jurisdiction and Venue**

23      7.      The Court has jurisdiction over the subject matter of this action pursuant to 28

24  U.S.C. §1332(a) because Plaintiffs and Defendants are citizens of different states and the

25  amount in controversy exceeds $75,000.00 exclusive of interest and costs.

26      8.      Venue is proper in this judicial district under 28 U.S.C. § 1391(a).

27  / / /

28

# FIRST CAUSE OF ACTION

## (Negligence)

Plaintiffs, for a First Cause of Action against Defendants Walt Disney, and DOES 1 through 50, allege that:

9.     Plaintiffs further allege and hereby incorporate by reference Paragraphs 1 through 8, inclusive, as though they are fully set forth herein.

10.     On or about March 17, 2010, Plaintiffs traveled from their residence in San Diego County, California to Orlando, Florida for a family vacation at an amusement park owned, controlled, and operated by Defendant Walt Disney.

11.     While at the amusement park, Plaintiffs stopped and ordered dinner, including nachos. The nacho cheese from the nachos spilled onto Plaintiff ISAIAH HARRIS, a four year old child. The nacho cheese was scalding hot and resulted in severe burns and trauma to Plaintiff ISAIAH HARRIS' face. A true and correct copy of a photograph taken shortly after the incident depicting the physical injuries to Plaintiff ISAIAH HARRIS is attached to this Complaint as Exhibit "A."

12.     Defendants so negligently and carelessly, served the scalding nacho cheese that Plaintiff ISAIAH HARRIS was severely injured. There was no effort on behalf of Defendants to regulate and monitor the temperature of the nacho cheese which was being served to young children. Defendants owed a duty to Plaintiff, which Defendants breached through their failure to use reasonable care when serving food to their guests.

13.     As a direct and proximate result of the negligence of Defendants, Plaintiff ISAIAH HARRIS suffered severe burns to his face, medical expenses, future medical expenses, permanent scarring, pain and suffering, and general damages in an amount to be proven at trial.

14.     As a further direct and proximate result of the negligence of Defendants, Plaintiff ISAIAH HARRIS suffered the following serious emotional distress and damages: suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, and shock.

15.     Furthermore, the conduct of Defendants set forth above, which resulted in injury to Plaintiff ISAIAH HARRIS, was outrageous, and was performed with malice, and/or oppression, as defined by California Civil Code §3294, and in willful and wanton disregard of the rights and safety of Plaintiff ISAIAH HARRIS and others.

16.     Defendants should be punished and deterred from such conduct in the future. Defendants knew or should have known that guests, especially children such as Plaintiff ISAIAH HARRIS, would be injured and that there was a high probability of harm.

17.     Based on Defendants acts of malice and oppression, Plaintiffs are entitled to punitive damages in an amount sufficient to punish or make an example of Defendants.

## SECOND CAUSE OF ACTION

### (Negligent Infliction of Emotional Distress – Bystander)

Plaintiffs, for a Second Cause of Action against Defendants Walt Disney, and DOES 1 through 50, allege that:

18.     Plaintiffs reallege Paragraphs 1 through 17 of the Complaint above and incorporate them incorporate them herein by reference as if fully set forth herein.

19.     On or about March 17, 2010, Plaintiffs MARIA CARMEN HARRIS and MICHAEL JEROME HARRIS, JR.'s son, Plaintiff ISAIAH HARRIS was severely burned on his face by scalding nacho cheese negligently and carelessly provided to Plaintiffs by Defendants.

20.     Plaintiffs MARIA CARMEN HARRIS and MICHAEL JEROME HARRIS, JR. were present during the burning incident of their son and directly observed his pain and suffering as it occurred.

21.     At the time of Defendants negligent and careless injury-producing conduct set forth above, Plaintiffs were aware that the conduct was causing injury to Plaintiff ISAIAH HARRIS because ISAIAH HARRIS was in severe pain as exhibited by his immediate injuries, crying and screaming.

///

22.     As a direct and proximate result of witnessing the injury to Plaintiff ISAIAH HARRIS, caused by Defendants' negligent and careless conduct, Plaintiffs MARIA CARMEN HARRIS and MICHAEL JEROME HARRIS, JR. sustained the following serious emotional distress and damages: suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, and shock.

### PRAYER

**WHEREFORE**, Plaintiffs pray for judgment as follows on each cause of action against Defendants WALT DISNEY PARKS AND RESORTS U.S., INC. AND DOES 1 THROUGH 50:

1.     For special damages in an amount to be proven at trial;

2.     For general damages in an amount to be proven at trial;

3.     For punitive damages in an amount to be proven at trial;

3.     For interest thereon at the rate of ten percent (10%) per annum;

4.     For costs of suit incurred herein; and

5.     For such other and further relief as this Court deems just and proper.

DATED:  February 1, 2011

CAHILL & ASSOCIATES

By:

SEAN T. CAHILL
TODD C. SAMUELS
Attorneys for Plaintiffs
**ISAIAH HARRIS, MARIA CARMEN HARRIS, and MICHAEL JEROME HARRIS, JR.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5

COMPLAINT

1

## DEMAND FOR JURY TRIAL

2

3     Plaintiffs hereby demand a jury trial on all issues so triable.

4     DATED:  February 1, 2011                    CAHILL & ASSOCIATES

5

6                                                By: _____
                                                     SEAN T. CAHILL
7                                                    TODD C. SAMUELS
                                                     Attorneys for Plaintiffs
8                                                    **ISAIAH HARRIS, MARIA CARMEN
                                                     HARRIS, and MICHAEL JEROME
9                                                    HARRIS, JR.**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

⊗JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Isaiah Harris, a minor, by and through his guardian ad litem, Maria Harris, et al.

## DEFENDANTS

Walt Disney Parks and Resorts U.S., Inc., et al.

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Orange
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Sean T. Cahill, Esq. / Todd C. Samuels, Esq. (Tel: 619-419-0152)
Cahill & Associates, 624 Broadway, Ste 501, San Diego, CA 92101

Attorneys (If Known)

'11 CV0272 BTM WMc

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ❏ 1  U.S. Government Plaintiff | ❏ 3  Federal Question (U.S. Government Not a Party) |
| ❏ 2  U.S. Government Defendant | ☒ 4  Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance<br>❏ 120 Marine<br>❏ 130 Miller Act<br>❏ 140 Negotiable Instrument<br>❏ 150 Recovery of Overpayment & Enforcement of Judgment<br>❏ 151 Medicare Act<br>❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>❏ 153 Recovery of Overpayment of Veteran's Benefits<br>❏ 160 Stockholders' Suits<br>❏ 190 Other Contract<br>☒ 195 Contract Product Liability<br>❏ 196 Franchise | **PERSONAL INJURY**<br>❏ 310 Airplane<br>❏ 315 Airplane Product Liability<br>❏ 320 Assault, Libel & Slander<br>❏ 330 Federal Employers' Liability<br>❏ 340 Marine<br>❏ 345 Marine Product Liability<br>❏ 350 Motor Vehicle<br>❏ 355 Motor Vehicle Product Liability<br>☒ 360 Other Personal Injury | **PERSONAL INJURY**<br>❏ 362 Personal Injury - Med. Malpractice<br>❏ 365 Personal Injury - Product Liability<br>❏ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>❏ 370 Other Fraud<br>❏ 371 Truth in Lending<br>❏ 380 Other Personal Property Damage<br>❏ 385 Property Damage Product Liability | ❏ 610 Agriculture<br>❏ 620 Other Food & Drug<br>❏ 625 Drug Related Seizure of Property 21 USC 881<br>❏ 630 Liquor Laws<br>❏ 640 R.R. & Truck<br>❏ 650 Airline Regs.<br>❏ 660 Occupational Safety/Health<br>❏ 690 Other | ❏ 422 Appeal 28 USC 158<br>❏ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>❏ 820 Copyrights<br>❏ 830 Patent<br>❏ 840 Trademark | ❏ 400 State Reapportionment<br>❏ 410 Antitrust<br>❏ 430 Banks and Banking<br>❏ 450 Commerce<br>❏ 460 Deportation<br>❏ 470 Racketeer Influenced and Corrupt Organizations<br>❏ 480 Consumer Credit<br>❏ 490 Cable/Sat TV<br>❏ 810 Selective Service<br>❏ 850 Securities/Commodities/ Exchange<br>❏ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR**<br>❏ 710 Fair Labor Standards Act<br>❏ 720 Labor/Mgmt. Relations<br>❏ 730 Labor/Mgmt.Reporting & Disclosure Act<br>❏ 740 Railway Labor Act<br>❏ 790 Other Labor Litigation<br>❏ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>❏ 861 HIA (1395ff)<br>❏ 862 Black Lung (923)<br>❏ 863 DIWC/DIWW (405(g))<br>❏ 864 SSID Title XVI<br>❏ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>❏ 870 Taxes (U.S. Plaintiff or Defendant)<br>❏ 871 IRS—Third Party 26 USC 7609 | ❏ 890 Other Statutory Actions<br>❏ 891 Agricultural Acts<br>❏ 892 Economic Stabilization Act<br>❏ 893 Environmental Matters<br>❏ 894 Energy Allocation Act<br>❏ 895 Freedom of Information Act<br>❏ 900 Appeal of Fee Determination Under Equal Access to Justice<br>❏ 950 Constitutionality of State Statutes |
| ❏ 210 Land Condemnation<br>❏ 220 Foreclosure<br>❏ 230 Rent Lease & Ejectment<br>❏ 240 Torts to Land<br>❏ 245 Tort Product Liability<br>❏ 290 All Other Real Property | ❏ 441 Voting<br>❏ 442 Employment<br>❏ 443 Housing/ Accommodations<br>❏ 444 Welfare<br>❏ 445 Amer. w/Disabilities - Employment<br>❏ 446 Amer. w/Disabilities - Other<br>❏ 440 Other Civil Rights | ❏ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>❏ 530 General<br>❏ 535 Death Penalty<br>❏ 540 Mandamus & Other<br>❏ 550 Civil Rights<br>❏ 555 Prison Condition<br>**IMMIGRATION**<br>❏ 462 Naturalization Application<br>❏ 463 Habeas Corpus - Alien Detainee<br>❏ 465 Other Immigration Actions | | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | |
|---|---|
| ☒ 1 Original Proceeding | ❏ 2 Removed from State Court ❏ 3 Remanded from Appellate Court ❏ 4 Reinstated or Reopened ❏ 5 Transferred from another district (specify) ❏ 6 Multidistrict Litigation ❏ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(a)

Brief description of cause:
Negligence

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 200,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE    01/25/2011

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____